UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>EX REL.</u> TRADESMAN PROGRAM MANAGERS, LLC,<br><br>               Plaintiff,<br><br>  - against -<br><br>LIAKAS LAW, P.C., DEAN N. LIAKAS, STEPHEN J. LIAKAS, and NICHOLAS LIAKAS,<br><br>               Defendants. | 1:25-cv-02859-JAV<br><br>**DECLARATION OF BRIANNA S. WALSH IN SUPPORT OF DEFENDANTS LIAKAS LAW, P.C., DEAN N. LIAKAS, STEPHEN J. LIAKAS, AND NICHOLAS LIAKAS' MOTION FOR SANCTIONS** |

I, Brianna S. Walsh, pursuant to 28 U.S.C. § 1746, declare that the following is true and correct to the best of my knowledge, information, and belief:

1.     I am a partner at the law firm Pillsbury Winthrop Shaw Pittman LLP, attorneys for Defendants Liakas Law, P.C., Dean N. Liakas, Stephen J. Liakas, and Nicholas Liakas (collectively, "Liakas"), in the above-captioned case.

2.     I am licensed and in good standing to practice law in the State of New York.

3.     I respectfully submit this declaration in support of Liakas' Motion for Sanctions.

4.     I have personal knowledge of the facts set forth in this declaration and could testify competently thereto if called upon to do so.

5.     Attached hereto as **Exhibit A** is a true and correct copy of the iFraud Foundation homepage, available at https://www.ifraud.org/our-mission.

6.     Attached hereto as **Exhibit B** is a true and correct copy of a post made on the iFraud Foundation LinkedIn page on January 15, 2026, available at https://www.linkedin.com/posts/ifraud-foundation_s2-e5-ppp-fraud-suit-against-liakas-law-firm-activity-7417617681652027393-

p98P/?utm_source=share&utm_medium=member_desktop&rcm=ACoAABa84lkBROGsH1n2Y

htpq6PxR8w2pf5xEQc.

7.      Attached hereto as **Exhibit C** is a true and correct copy of a still image of a

podcast posted to YouTube by the iFraud Foundation on January 15, 2026.  The podcast is

available at https://www.youtube.com/watch?v=1q4Dv9I-fnI.

8.      Attached hereto as **Exhibit D** is a true and correct copy of the business details

page for "Rajson Investigations LLC," published on the Tennessee Secretary of State website,

available at https://tncab.tnsos.gov/business-entity-search.

9.      Attached hereto as **Exhibit E** is a true and correct copy of the 2025 Annual

Report for Rajson Investigations LLC.

10.     Attached hereto as **Exhibit F** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/the-willis-law-group-pllc-9236367005.

11.     Attached hereto as **Exhibit G** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/the-willis-law-group-pllc-9331508603.

12.     Attached hereto as **Exhibit H** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/tradesman-program-managers-llc-

1083667308.

13.     Attached hereto as **Exhibit I** is a true and correct copy of a webpage "Entity

Information" for the company "Andromeda Advantage, Inc.," published by the New York State

2

Department of State's Division of Corporations, available at

https://apps.dos.ny.gov/publicInquiry/EntityDisplay.

14.    Attached hereto as **Exhibit J** is a true and correct copy of a webpage entitled

"Succession," available at https://www.skylinesnews.com/post/succession.

15.    Attached hereto as **Exhibit K** is a true and correct copy of a webpage entitled

"John Kalafatis," published by Delphi Economic Forum and available at https://def-

viii.delphiforum.gr/speaker/6018563357.

16.    Attached hereto as **Exhibit L** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/andromeda-advantage-inc-

1431677101.

17.    Attached hereto as **Exhibit M** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/skyline-restoration-inc-8951587104.

18.    Attached hereto as **Exhibit N** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/skyline-restoration-inc-6014668303.

19.    Attached hereto as **Exhibit O** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/spring-scaffolding-llc-6180067103.

20.    Attached hereto as **Exhibit P** is a true and correct copy of a webpage entitled

"Tracking PPP," published by ProPublica.org and available at

https://projects.propublica.org/coronavirus/bailouts/loans/spring-scaffolding-llc-5336668410.

21.     Attached hereto as **Exhibit Q** is a true and correct copy of a February 24, 2026 Rule 11 letter from James M. Catterson to Daniel A. Johnston and Justine Barbieri.

22.     Attached hereto as **Exhibit R** is a true and correct copy of a March 12, 2026 Rule 11 letter from James M. Catterson to Daniel A. Johnston and Justine Barbieri.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 27, 2026
        New York, New York

                                              Brianna S. Walsh