# Exhibit A



# One Mission - One Goal - Vast Impact

The mission of the iFraud Foundation is to combat insurance fraud by fostering a collaboration among defense stakeholders in the property and casualty industry. Through the collection, analysis, and sharing of claims and legal data, we aim to promote data-driven decision-making and reduce the impact of insurance fraud.

ORATION     PROACTIVE     ADVOCACY

Let's Chat!

© 2025 iFraud Foundation, Inc.