# Exhibit B

        

Home    My Network    Jobs    Messaging    Notifications    For Business ▼    Reactivate Prem 50% Off

**Legal Support Specialist - Pillsbury Winthrop Shaw Pittman LLP**
New York, New York

Pillsbury Winthrop Shaw Pittman LLP

Achieve 4x more profile visits
Reactivate Premium: 50% Off

Profile viewers   24

View all analytics

---

**iFraud Foundation**
1,391 followers
3w • 🌐

+ Follow    ⋯

This episode of the Deep Dive looks at the actions of the infamous Liakas Law but not regarding defense of a staged accident, or in connection with any of the RICO suits which they are named defendants in.

This Deep dive looks at the False Claims Act lawsuit filed against Liakas Law and its principals for allegedly defrauding the Paycheck Protection Program (PPP). The plaintiff, acting on behalf of the government, asserts that the firm falsely certified financial need to secure over one million dollars in forgivable loans during the pandemic. Evidence presented in the complaint includes numerous high-value settlement announcements on social media, suggesting the firm was highly profitable and did not require emergency federal aid.

Let's Dive In!

https://lnkd.in/eV_tnahJ

**S2 E5 PPP Fraud Suit Against Liakas Law Firm**
youtube.com

👍 12                                                          1 repost

**Reactions**

+4

👍 Like
💬 Comment
🔁 Repost
✈ Send

Add a comment...                    😊  🖼

---