# Exhibit C

youtube.com/watch?v=1q4Dv9I-fnl



**S2 E5 PPP Fraud Suit Against Liakas Law Firm**

iFraud Foundation
96 subscribers

Subscribe

287 views  Jan 15, 2026

This Deep dive looks at the False Claims Act lawsuit filed against Liakas Law and its principals for allegedly defrauding the Paycheck Protection Program (PPP). The plaintiff, acting on behalf of the government, asserts that the firm falsely certified financial need to secure over one million dollars in forgivable loans during the pandemic. Evidence presented in the complaint includes numerous high-value settlement announcements on social media, suggesting the firm was highly profitable and did not require emergency federal aid. The suit further alleges that while claiming economic hardship, the defendants used these public funds for personal luxury purchases and business expansions. Ultimately, the relator seeks treble damages and civil penalties, arguing that the firm knowingly exploited a program intended for struggling small businesses.