# Exhibit D

# RAJSON INVESTIGATIONS LLC

Entity Type: Limited Liability Company (LLC)

Formed in: TENNESSEE

Term of Duration: Perpetual

Managed By: Member Managed

Series LLC: No

Number of Members: 6 or less

Status: Active

Control Number: 002000460

Initial Filing Date: 2/19/2025 6:08:11 AM

Fiscal Ending Month: December

AR Due Date: 04/01/2027

Obligated Member Entity: No

| Registered Agent | Principal Office Address | Mailing Address |
|---|---|---|
| NORTHWEST REGISTERED AGENT INC | 116 AGNES RD STE 200 | 116 AGNES RD STE 200 |
| 116 AGNES RD STE 200 | KNOXVILLE, TN 37919 | KNOXVILLE, TN 37919 |
| KNOXVILLE, TN 37919 | | |

| AR Standing: Good | RA Standing: Good | Other Standing: Good | Revenue Standing: Good |
|---|---|---|---|

## History (2)

| Type | Date | Tracking Number | Change History |
|---|---|---|---|
| 2025 Annual Report for RAJSON INVESTIGATIONS LLC | 2/15/2026 10:33:24 AM | B2026125406 | o Annual Report Due Date changed from: 4/1/2026 to: 4/1/2027<br>o Principal Address changed from: 116 AGNES RD STE 200, KNOXVILI TN, 37919, Knox USA to: 116 AGNES RD STE 200, KNOXVILLE, TN, 37919, Knox USA<br>o Business Mailing Address changed from: 116 AGNES RD STE 200, KNOXVILLE, TN, 37919, Knox USA to: 116 AGNES RD STE 200, KNOXVILLE, TN, 37919, Knox USA<br>o Registered Agent changed from: NORTHWEST REGISTERED AGEN INC 116 AGNES RD STE 200 KNOXVILLE, TN 37919 to: NORTHWE! REGISTERED AGENT INC 116 AGNES RD STE 200 KNOXVILLE, TI 37919<br>o Officers Changed |
| Articles of Organization - Limited Liability Company for RAJSON INVESTIGATIONS LLC | 2/19/2025 6:08:11 AM | B2025004481 | |