# Exhibit E

**Tracking Number**
**B2026125406**



**Tre Hargett**
Secretary of State

# Annual Report

**Division of Business and Charitable Organizations**
**Department of State**
State of Tennessee
312 Rosa L. Parks Avenue, 6th Floor
Nashville, Tennessee 37243
Phone: 615-741-2286
tncab.tnsos.gov/portal/

Control #:  002000460
Filed: 02/15/2026  10:33 AM
Tre Hargett
Secretary of State

## Entity Information

**Business Name:**  RAJSON INVESTIGATIONS LLC

**Entity Type:** Limited Liability Company

**Place of Formation:**  TENNESSEE

**Control Number:** 002000460

**Managed Type:** Member Managed

**Principal Office Address:**
116 AGNES RD STE 200
KNOXVILLE,  TN  37919, USA

**Mailing Address:**
116 AGNES RD STE 200
KNOXVILLE,  TN  37919, USA

**Number of Members:**  6 or Less

## Officer Information

STEPHEN JOHNSTON
116 AGNES RD STE 200
KNOXVILLE,  TN  37919, USA
*Member*

## Registered Agent Information

NORTHWEST REGISTERED AGENT INC
116 AGNES RD STE 200
KNOXVILLE,  TN  37919

## Signature

☑ By entering my name in the space provided below, I certify that I am authorized to file this document on behalf of this entity, have examined the document and, to the best of my knowledge and belief, it is true, correct and complete as of this day.

**Signed Electronically:** NAT  SMITH

**Title:** AUTHORIZED SIGNER

**Date:** 02/15/2026