# Exhibit I

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

Return to Results    Return to Search

**Entity Details** ⌃

**ENTITY NAME:** ANDROMEDA ADVANTAGE INC.

**DOS ID:** 4960697

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 06/09/2016

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/09/2016

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** CURRENT

**COUNTY:** QUEENS

**NEXT STATEMENT DUE DATE:** 06/30/2026

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:**

< ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** 49-12 31ST PLACE, LONG ISLAND CITY, NY, UNITED STATES, 11101

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** JOHN KALAFATIS

**Address:** 49-28 31ST PLACE, LONG ISLAND CITY, NY, UNITED STATES, 11101

Principal Executive Office Address

**Address:** 49-28 31ST PLACE, LONG ISLAND CITY, NY, UNITED STATES, 11101

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| PAR VALUE | 200 | $1.00000 |

Agencies  App Directory  Counties  Events  Programs  Services