# Exhibit J

# SKYLINES

**A SKYLINE RESTORATION PUBLICATION**

All Posts    Associations    Charity    Engineering    Architecture    Education    Building Envelope Restoration

Jul 12, 2020 · 1 min read

# Succession



Skyline Restoration

**John Kalafatis**, the founder, former president and CEO of Skyline Restoration since 1989, will be resigning to dedicate his time to venues in film production, charitable enterprises and education.

His resignation follows a carefully planned succession program, geared to ensure that Skyline Restoration will continue to perform at the same highly professional and skillful level that has earned the company its well-deserved reputation for excellence.

Email: editor@SKYlinesnews.com  |  skylinesnews.com

The views and/or opinions contained within are those of the drafter and may not reflect the views and/or opinions of Skyline Restoration Inc.

© 2010-2025 Skyline Restoration Inc.