# Exhibit K



# John Kalafatis
### CEO
### York Films LLC, United States

John Kalafatis is an entrepreneur and business executive with over three decades of experience in establishing, developing, and leading successful organizations in both the construction and the entertainment industries, creating thousands of jobs in New York and beyond. Since 1989 Mr. Kalafatis has founded many innovative and prestigious companies, starting with Skyline Restoration —the leading building enclosure restoration firm in New York, and a catalyst to the creation of the group of companies that followed—, SKYTrac Access Group, Spring Scaffolding, CGI Northeast, as well as the Andromeda Academy of Construction Trades, and Andromeda Advantage which serves as the back office for the group of companies. Mr. Kalafatis is also the founder of the non-profit organizations The Skyline Charitable Foundation and its Relief Access Program; and the Andromeda Community Initiative which provides free educational and workforce development programs. Since 2010 Mr. Kalafatis has been successfully involved in the film and television production industry, with York Studios and the creation of York Studios Michaelangelo Campus, one of New York's largest studios. He is also the co-founder and CEO of the production company York Films. Having lived in the US and Europe, John Kalafatis naturally brings his expertise to Greece. With partner Yariv Lerner, CEO, Nu Boyana Film Studios, Mr. Kalafatis is on a mission to make Nu Boyana Film Studios Hellenic —the new state-of-the-art film stages built in Northern Greece—, the number one choice for all film and TV productions in Europe and beyond.

Saturday 29

11.50 - 12.00

Hollywood in Greece: Pillar of Development and Entrepreneurship

- **FUTURE OF WORK**

# Subscribe to our Newsletter

SUBSCRIBE (https://delphiforum.gr/newsletter?hsLang=en)

**CONTACT**

Delphi Economic Forum NPO
21 Amerikis Street
106 72 Athens Greece
(https://delphiforum.gr/?hsLang=en)
Tel: 0030 210 72 89 089 (tel:+302107289000)
Email: info@delphiforum.gr (mailto:info@delphiforum.gr)

General Commercial Registration No.: 136416501000

**SECTIONS**

Events (https://delphiforum.gr/events?hsLang=en)

About (https://delphiforum.gr/about?hsLang=en)

Blog (https://delphiforum.gr/blog?hsLang=en)

Contact (https://delphiforum.gr/contact?hsLang=en)

**POLICIES**

Data Protection Policy (https://delphiforum.gr/data-protection-policy?hsLang=en)

Privacy Policy (https://delphiforum.gr/privacy-policy?hsLang=en)

Quality Policy (https://delphiforum.gr/quality-policy?hsLang=en)

Info-Security Policy (https://delphiforum.gr/info-security-policy?hsLang=en)

Anti-Bribery Policy (https://delphiforum.gr/anti-bribery-policy?hsLang=en)

**FOLLOW US**

(https://www.linkedin.com/company/delphi-economic-forum/?trk=biz-companies-cym)

(https://www.youtube.com/channel/UCpegNw)

© 2026 All rights reserved

Designed by Point Blank | Developed by WhiteHat