# Exhibit O

**ProPublica** · TRACKING PPP

Donate

*Tracking PPP*

# Search Every Company Approved for Federal Loans

**Search for PPP loan applications by organization, lender, zip code and business type.**

|  | Search |
|---|---|

Home ›

## SPRING SCAFFOLDING LLC

 Why is my loan information here?

Loan Amount
**$334,348**

Amount Forgiven
**$337,105**
*Includes any accrued interest*

Where applicants said the money will go

| | |
|---|---|
| Payroll | $267,479 |
| Utilities | $0 |
| Mortgage Interest | $0 |
| Health Care | $0 |
| Rent | $66,869 |
| Refinance EIDL | $0 |
| Debt Interest | $0 |

Location
Long Island City, NY
Urban

Industry
Other Services to Buildings and Dwellings

Date Approved
April 14, 2020 (First Round)

Lender
Manufacturers and Traders Trust Company

Jobs Reported
21

Business Type

Case 1:25-cv-02859-JAV    Document 41-15    Filed 03/27/26    Page 3 of 4

Limited Liability Company(LLC)

Business Age
Existing or more than 2 years old

Loan Status
Forgiven

Companies and nonprofit organizations that receive PPP loans may have the loans forgiven if they meet certain criteria, including not laying off employees during the defined period covered by the loan. Applicants must attest in their application that the loans are necessary for their continuing operation. Note: This data reflects loan applications approved by banks and submitted to the SBA. It may not account for money not distributed to, or credit not used by, a given company.

If you are a representative of this company and believe this record is in error, use this form to let the SBA know.

**About this data**

This data comes from the Small Business Administration, and includes lender-approved loans under the Paycheck Protection Program as of June 1, 2021. Other loan programs, such as Economic Injury Disaster Loans, are not included in this database. The data includes the congressional district of each organization, but for Pennsylvania and North Carolina the districts do not reflect 2018 redistricting.

Journalists: Thank you for using this database. Please cite ProPublica by linking to this page. Questions? Contact us.

ProPublica

ProPublica Illinois

The Data Store

Topics

Series

News Apps

Get Involved

Impact

Corrections

About Us

Board and Advisors

Officers and Staff

Diversity

Jobs and Fellowships

Reports

Media Center

Advertising Policy

Code of Ethics

Privacy Policy

Subscribe by Email

Subscribe by RSS

Twitter

Facebook

iOS and Android

Podcast

Leak to Us

Steal Our Stories

Contact Us

Donate



© Copyright 2017 Pro Publica Inc.