Outlook

## U.S. ex rel. Tradesman Program Managers LLC v. Liakas Law, P.C. et al., 1:25-cv-02859-JAV

**From** Madigan, Sarah M. <sarah.madigan@pillsburylaw.com>

**Date** Tue 2/24/2026 4:54 PM

**To**   Daniel Johnston <djohnston@thewillislawgroup.com>; Justine Barbieri Gregoire <JBarbieri@thewillislawgroup.com>; service <service@thewillislawgroup.com>

**Cc**   Catterson, James M. <james.catterson@pillsburylaw.com>; Walsh, Brianna S. <brianna.walsh@pillsburylaw.com>

📎 4 attachments (4 MB)

US ex rel Tradesman v. Liakas - Memorandum of Law in Support of Motion for Sanctions.pdf; US ex rel Tradesman v. Liakas - Notice of Motion for Sanctions.pdf; US ex rel Tradesman v. Liakas - Rule 11 Letter.pdf; Exhibits to Walsh Declaration.zip;

You don't often get email from sarah.madigan@pillsburylaw.com. Learn why this is important

Dear Counsel,

Please see the attached correspondence and accompanying motion.

Sincerely,
Sarah

**Sarah M. Madigan** | Senior Associate

Pillsbury Winthrop Shaw Pittman LLP

31 West 52nd Street | New York, NY 10019-6131

t +1.212.858.1169

sarah.madigan@pillsburylaw.com | website bio

AUSTIN   BEIJING   HONG KONG   HOUSTON   LONDON   LOS ANGELES
MIAMI   NASHVILLE   NEW YORK   NORTHERN VIRGINIA   PALM BEACH
SACRAMENTO   SAN DIEGO   SAN FRANCISCO   SHANGHAI
SILICON VALLEY   TAIPEI   TOKYO   WASHINGTON, DC



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury

Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**CAUTION: This email was NOT sent from an internal THE WILLIS LAW GROUP account as it originated outside of the organization** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

