

THE STANDARD IN DEFENSE

**_Via ECF_**

September 5, 2025

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl St # 1030
New York, NY 10007

> **RE:** **United States of America v. Elefterakis Elefterakis & Panek, P.C., et al.; Case Number: 1:25-cv-02853-JMF**

Hon. Judge Furman:

Please be advised that we are the attorneys for the Plaintiff-Relator in the above referenced matter. We write to respectfully request the Court So-Order the Notice of Voluntary Discontinuance which is concurrently filed with this letter request. The Government has provided consent for the case to be voluntarily dismissed at this juncture, attached as Exhibit "A."

We further respectfully request the Court place this docket and the filings thereunder under seal. Relator had intended to dismiss the matter pursuant to the Court's last Order and within the timeframe to remain under seal. However, due to law office error, the voluntary dismissal was not properly and timely filed. Due to the inadvertent unsealing followed by immediate request for dismissal, there are serious concerns that the optics of this sequence of events will be misconstrued and presented as intentional conduct in the course of unrelated litigations. These concerns are entirely disposed of should the docket be placed back under seal, where it would have remained but for law office error. We have conferred with this Government on this issue, and the Government takes no position on the request (Exhibit A, p. 2).

We thank Your Honor for your time and consideration regarding these requests.

Respectfully Submitted,

.

/s/ _Daniel A. Johnston_

Daniel A. Johnston
Attorneys for Plaintiff-Relator

DJ:sfg
Enclosures

**PENNSYLVANIA  |  NEW YORK  |  NEW JERSEY  |  DELAWARE**
**WEST VIRGINIA  |  FLORIDA  |  TEXAS**

**The Willis Law Group, PLLC**  |  1985 Forest Lane, Garland, Texas 75042
(214) 736.9433 – Main  |  (214) 736.9994 - Facsimile
TheWillisLawGroup.com  |  E-Service Address: service@thewillislawgroup.com

 Outlook

---

## RE: United States ex rel. Tradesman Program Managers, LLC v. Elefterakis Elefterakis & Panek, P.C. et al., 25 Civ. 2853 (JMF) (Under Seal)

---

**From** Jacob, Charles (USANYS) <C███████@usdoj.gov>

**Date** Wed 9/3/2025 5:10 PM

**To** Daniel Johnston <djohnston@thewillislawgroup.com>; ███████████ (USANYS) 4 <J█████████@usdoj.gov>; B████████ (USANYS) <J█████████@usdoj.gov>; Fl████████ (USANYS) 1 <J█████████@usdoj.gov>

**Cc** Sherley Febus-Galdamez <SGaldamez@thewillislawgroup.com>; Justine Nicole Barbieri <JBarbieri@thewillislawgroup.com>

---

Daniel,

The Government consents to dismissal. With respect to your other request, why are you asking that the docket be re-sealed?

Thanks.

Charlie

---

**From:** Daniel Johnston <djohnston@thewillislawgroup.com>
**Sent:** Wednesday, September 3, 2025 4:30 PM
**To:** ████████████████████████████████████████
████████████████████████████████████████
**Cc:** Sherley Febus-Galdamez <SGaldamez@thewillislawgroup.com>; Justine Nicole Barbieri <JBarbieri@thewillislawgroup.com>; Jacob, Charles (USANYS) ████████████████
**Subject:** [EXTERNAL] Re: United States ex rel. Tradesman Program Managers, LLC v. Elefterakis Elefterakis & Panek, P.C. et al., 25 Civ. 2853 (JMF) (Under Seal)

Good afternoon,

Is anyone able to assist us with the below? Please advise. Thank you.

Best,



PENNSYLVANIA | NEW YORK | NEW JERSEY | DELAWARE
WEST VIRGINIA | FLORIDA | TEXAS



### Daniel Johnston
**Supervising Partner**

60 Broadhollow Road
Melville, NY 11747
(214) 736-9433 Main
(469) 969-6070 Direct
(214) 736-9994 Fax

www.thewillislawgroup.com
Email: djohnston@thewillislawgroup.com

 Outlook

## RE: United States ex rel. Tradesman Program Managers, LLC v. Elefterakis Elefterakis & Panek, P.C. et al., 25 Civ. 2853 (JMF) (Under Seal)

**From** Jacob, Charles (USANYS) <▮▮▮▮▮▮@usdoj.gov>

**Date** Fri 9/5/2025 12:20 PM

**To** Daniel Johnston <djohnston@thewillislawgroup.com>; P▮▮▮▮▮▮▮ (USANYS) 4 <J▮▮▮▮▮▮@usdoj.gov>; B▮▮▮▮▮▮▮ (USANYS) <J▮▮▮▮▮▮@usdoj.gov>; ▮▮▮▮▮▮ (USANYS) 1 <J▮▮▮▮▮▮@usdoj.gov>

**Cc** Sherley Febus-Galdamez <SGaldamez@thewillislawgroup.com>; Justine Nicole Barbieri <JBarbieri@thewillislawgroup.com>

The Government takes no position.

**From:** Daniel Johnston <djohnston@thewillislawgroup.com>
**Sent:** Friday, September 5, 2025 12:12 PM
**To:** Jacob, Charles (USANYS) <C▮▮▮▮▮▮@usdoj.gov>; P▮▮▮▮▮▮▮ (USANYS) 4 <J▮▮▮▮▮▮@usdoj.gov>; B▮▮▮▮▮▮▮ (USANYS) <J▮▮▮▮▮▮@usdoj.gov>; F▮▮▮▮▮▮ (USANYS) 1 <J▮▮▮▮▮▮@usdoj.gov>
**Cc:** Sherley Febus-Galdamez <SGaldamez@thewillislawgroup.com>; Justine Nicole Barbieri <JBarbieri@thewillislawgroup.com>
**Subject:** [EXTERNAL] Re: United States ex rel. Tradesman Program Managers, LLC v. Elefterakis Elefterakis & Panek, P.C. et al., 25 Civ. 2853 (JMF) (Under Seal)

Charles,

Following up on the below. Can you please advise if the Government consents to the request for sealing, or as discussed as more likely, is taking no position?

Thank you for your assistance.



PENNSYLVANIA | NEW YORK | NEW JERSEY | DELAWARE
WEST VIRGINIA | FLORIDA | TEXAS

### Daniel Johnston

**Supervising Partner**

60 Broadhollow Road
Melville, NY 11747
(214) 736-9433 Main
(469) 969-6070 Direct
(214) 736-9994 Fax

www.thewillislawgroup.com
Email: djohnston@thewillislawgroup.com
Service: service@thewillislawgroup.com

**Confidentiality Notice**

This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>EX REL.</u> TRADESMAN PROGRAM MANAGERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ELEFTERAKIS ELEFTERAKIS & PANEK, PC, NICHOLAS ELEFTERAKIS, JOHN ELEFTERAKIS, AND RAYMOND PANEK, <br><br> Defendants. | Civil Action No. 25-cv-02853 <br><br> **NOTICE OF VOLUNTARY** <br> **DISMISSAL PURSUANT TO <u>F.R.C.P.</u>** <br> **<u>41(a)(1)(A)(i)</u>** |

Pursuant to F.R.C.P.41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) UNITED STATES OF AMERICA, <u>EX REL</u> TRADESMAN PROGRAM MANAGERS, LLC and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) ELEFTERAKIS ELEFTERAKIS & PANEK, PC, NICHOLAS ELEFTERAKIS, JOHN ELEFTERAKIS, AND RAYMOND PANEK. Pursuant to 31 U.S. Code § 3730, *et. seq.*, voluntary dismissal of the above-captioned action has been consented to by the United States Attorney General, as stated in the attached correspondence from the United States Department of Justice.

Date: September 5, 2025

THE WILLIS LAW GROUP

By: Daniel A. Johnston, Esq.
Attorneys for Plaintiff/Relator
1985 Forest Lane
Garland, TX 75042
(214) 736-9433
DJohnston@TheWillisLawGroup.com