UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA EX REL. TRADESMAN PROGRAM MANAGERS, LLC,

Plaintiff,

-against-

LIAKAS LAW, P.C., ET AL.,

Defendants.

25 CIVIL 2859 (JAV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 30, 2026, the Motion to Dismiss is GRANTED, both parties' motions for judicial notice are DENIED as moot, and Defendants' Motion for Sanctions is DENIED; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** Nezam Dulal
**Deputy Clerk**